**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOFEY V and<br>ANO DIALOG<br><br>            Petitioners<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>            Respondent | Civil Action No. |

### ORDER

**AND NOW**, this ___ day of _____, 20__, upon consideration of the Petition for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g) and accompanying Memorandum of Law, and the government's Response thereto, it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** that the government shall release the domain waronfakes.com to Petitioners forthwith.

_____
                                                                                                                    J.