# EXHIBIT "6"

July 29

War on Fakes



**Fake news:**
Joe Biden's achievements warranted a second term, but he decided not to hinder "saving American democracy" and "passed the torch to a new generation." The president himself announced this in an address to the nation from the White House Oval Office.

**The fact:**
This sounds noble but is far from the truth. In reality, Biden was forced out by his own party members.

Democrats took drastic action after Biden's poor performance in debates with Donald Trump. The 81-year-old politician rapidly lost support in 14 key states, leaving no doubt he was a lame duck. Meanwhile, the flamboyant Republican's ratings soared following an assassination attempt.

On July 17, ABC News reported that Senate Majority Leader Chuck Schumer privately asked Biden not to run. House Minority Leader Hakeem Jeffries and Democratic Congressman Mark Takano joined Schumer's plea. That same day, Biden announced he had COVID-19, hours after saying he'd withdraw if doctors found health issues. We realized then this was no coincidence.

Additionally, political commentator Mark Halperin, citing high-ranking Democratic Party officials, stated Biden would announce his decision not to run for re-election on July 20-21. This is exactly what happened.

We've thoroughly examined the Democrats' behind-the-scenes maneuvering in an article on our website the fake news, conspiracy theories, and unexpected details surrounding the assassination attempt on Trump.

👉 Join the channel | Our website with materials in other languages

👍 7  👍 5  ❤ 1  😀 1                                     👁 527  1:01 PM