# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOFEY V and<br>ANO DIALOG<br><br>　　　　　　Petitioners<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE<br><br>　　　　　　Respondent | Civil Action No.　2:24-cv-06862 |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

　　Kindly enter the appearance of Joshua D. Hill, Esquire, on behalf of Timofey V and ANO Dialog in the above captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**PIETRAGALLO GORDON ALFANO**
　　　　　　　　　　　　　　　　　　**BOSICK AND RASPANTI, LLP**

　　　　　　　　　　　　　　By:　　*/s/ Joshua D. Hill*
　　　　　　　　　　　　　　　　　　Scott A. Coffina, Esquire (67791)
　　　　　　　　　　　　　　　　　　Joshua D. Hill, Esquire (93772)
　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3402
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　*sac@pietragallo.com*
　　　　　　　　　　　　　　　　　　*jdh@pietragallo.com*
Date: December 27, 2024　　　　　　(215) 988-1441 (Telephone)
　　　　　　　　　　　　　　　　　　(215) 981-0082 (Telecopy)

　　　　　　　　　　　　　　　　　　*Counsel for Petitioners,*
　　　　　　　　　　　　　　　　　　*Timofey V. and* ANO Dialog

## **CERTIFICATE OF SERVICE**

I, Joshua D. Hill, Esquire hereby certify that on this 27th day of December 2024, a true and correct copy of the foregoing Notice of Appearance was served via First Class U.S. Mail postage prepaid upon all parties of record.

Jacqueline Christine Romero, Esquire
United States Attorney for the Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106

*/s/ Joshua D. Hill*
Joshua D. Hill, Esquire

*11215464*