# EXHIBIT A

 **per.py**

**Registrar of domain names REG.RU**
**Limited Liability Company**

72 Leningradsky prospekt, building 3, intraurban area municipal district Aeroport, Moscow, 125315

**123308, Moscow, 3rd Khoroshevskaya str., 2, bldg. 1**

+7 (495) 580-11-11  |  info@reg.ru  |  www.reg.ru

Individual Taxpayer Number (INN): 7733568767
Tax Registration Reason Code (KPP): 774301001

LLC "Domain Name Registrar REG.RU", a domain name accredited registrar, confirms that:

1. The domain name  waronfakes.com was registrated on 01.03.2022;
2. Timofey Vv is the registrant of the domain name  waronfakes.com from 01.03.2022;
3. Timofey Vv was the registrant of the domain name  waronfakes.com on 26.12.2024;
4. Timofey Vv is the registrant of the domain name  waronfakes.com as of 20.03.2025 18:59 (MSK).

LLC ""Domain Name Registrar REG.RU",
Maria Korotaeva
20.03.2025

