IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOFEY V and<br>ANO DIALOG<br><br>Petitioners<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Respondent | Civil Action No.  2:24-cv-06862 |

**CERTIFICATE OF SERVICE**

I, Joshua D. Hill, Esquire hereby certify that on this 21st day of March 2025, a true and correct copy of the foregoing was served ECF upon all parties of record.


*/s/ Joshua D. Hill*
Joshua D. Hill, Esquire