IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOFEY V and<br>ANO DIALOG<br><br>      Petitioners<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Respondent | Civil Action No. 24-cv-06862 |

## ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of the United States' Motion to Dismiss Petitioners' Petition for the Return of Seized Property, and the Petitioners' Response thereto, it is hereby **ORDERED** that the government's Motion is **DENIED**.

                _____
                The Honorable Wendy Beetlestone
                UNITED STATES DISTRICT COURT JUDGE