IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOFEY V and ANO DIALOG | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-cv-6862 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance for the United States of America in the above-captioned matter.

Respectfully submitted,

*s/ David Metcalf*
DAVID METCALF
United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Entry of Appearance was served via ECF, this **15th day of April 2025** to all counsel of record.

                                              *s/David Metcalf*
                                              DAVID METCALF
                                              United States Attorney